USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________________
DATE FILED: 10/30/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES R. MORRIS,<br><br>Plaintiff,<br><br>-against-<br><br>WESTCHESTER COUNTY DEPARTMENT OF CORRECTIONS; CORRECTIONS OFFICER AYKINS; CORRECTIONS OFFICER DELGADO; SERGEANT BURGOS; CAPTAIN WEST,<br><br>Defendants. | 26-CV-4638 (NSR)<br><br>ORDER OF SERVICE |

NELSON S. ROMÁN, United States District Judge:

Plaintiff, who currently is incarcerated at Greene Correctional Facility, brings this action, *pro se*, under 42 U.S.C. § 1983, alleging that on May 23, 2026, he was subjected to an unconstitutional strip search while he was detained in the Westchester County Jail. By order dated August 20, 2026, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.[1]

Plaintiff has been granted permission to proceed IFP and therefore may rely on the court and the U.S. Marshals Service for assistance in effecting service.[2] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been granted permission to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(b)(1).

[2] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that summonses be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served a summons and the complaint until the Court reviewed the complaint and ordered that summons be issued. The Court therefore extends the time to serve until 90 days after the date each summons in this action is issued.

and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on Defendants Corrections Officer ("C.O.") Aykins, C.O. Delgado, Sgt. Burgos, Captain West, and the Westchester County Department of Corrections through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendants. The Clerk of Court is further instructed to issue a summons for each Defendant and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants.

If the complaint is not served within 90 days after the date each summons is issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff also must notify the Court in writing if Plaintiff's address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is instructed to issue a summons for Defendants Corrections Officer ("C.O.") Aykins, C.O. Delgado, Sgt. Burgos, Captain West, and the Westchester County Department of Corrections, complete the USM-285 form with the address for each Defendant, and deliver all documents necessary to effect service to the U.S. Marshals Service.

Plaintiff may receive court documents by email by completing the form, Consent to Electronic Service.[3]

The Clerk of Court is directed to mail an information package to Plaintiff.

SO ORDERED.

Dated: October 30, 2026
White Plains, New York



NELSON S. ROMÁN
United States District Judge

[3] If Plaintiff consents to receive documents by email, Plaintiff will no longer receive court documents by regular mail.

**SERVICE ADDRESS FOR EACH DEFENDANT**

1. Corrections Officer Aykins
Westchester County Jail
10 Woods Road
Valhalla, New York 10595

2. Corrections Officers Delgado
Westchester County Jail
10 Woods Road
Valhalla, New York 10595

3. Sergeant Burgos
Westchester County Jail
10 Woods Road
Valhalla, New York 10595

4. Captain West
Westchester County Jail
10 Woods Road
Valhalla, New York 10595

5. Westchester County Department of Corrections
Westchester County Jail
10 Woods Road
Valhalla, New York 10595